UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:22-CV-21383-KMW

JOHNNY E. POOLE, for himself and others similarly situated,

      Plaintiff,

v.

NOMI HEALTH, INC. and MEDX STAFFING, INC.,

      Defendants.

**<u>DEFENDANT MEDX STAFFING, INC.'S CORPORATE DISCLOSURE STATEMENT</u>**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant MedX Staffing, Inc. hereby states that its parent corporation is Nomi Health, Inc., and that there is no publicly held corporation that owns 10% or more of its stock.

DATED: May 24, 2022

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Andrew M. McKinley*
Andrew M. McKinley
Florida Bar No. 122069
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
amckinley@seyfarth.com

*Attorney for Defendant MedX Staffing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2022, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will serve a copy of the same on all counsel of record.

/s/ Andrew M. McKinley
Andrew M. McKinley