UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-21383-WILLIAMS/McALILEY

JOHNNY POOLE,

    Plaintiff,

vs.

NOMI HEALTH, INC. AND
MEDX STAFFING INC.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Johnny Poole, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

    Dated this 18th day of August 2022.

                                              */s/ Toussaint Cummings*
                                              Toussaint Cummings
                                              Florida Bar No. 119877
                                              Brian H. Pollock
                                              Florida Bar No. 174742
                                              135 San Lorenzo Avenue, Suite 770
                                              Coral Gables, FL 33146
                                              Telephone: (305) 230-4884
                                              toussaint@fairlawattorney.com
                                              brian@fairlawattorney.com

                                              *Counsel for Plaintiff Johnny E. Poole*